UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FAISAL G. KHALAF, Ph.D.,

        Plaintiff(s),

v.

FORD MOTOR COMPANY, BENNIE FOWLER
and JAY ZHOU,

        Defendant(s).
_____/

Case No. 15-cv-12604

Judge Marianne O. Battani

Magistrate Judge

## NOTICE OF CORRECTION

Docket entry number __96__, filed __July 23, 2018__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Kay Doaks__ at __(313) 234-2627__.

DAVID J. WEAVER, CLERK OF COURT

Dated: August 10, 2018

s/Kay Doaks
Deputy Clerk