UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAISAL G. KHALAF, Ph.D.,

    Plaintiff,

v.

FORD MOTOR COMPANY, BENNIE FOWLER, and JAY ZHOU,

    Defendants.

_____/

Case No. 15-12604

Hon. Marianne O. Battani

## JUDGMENT

Based on the March 28, 2018 jury verdict following a trial, the Court hereby orders:

(i) that a judgment in the amount of $1.8 million in compensatory damages is entered in favor of Plaintiff Faisal G. Khalaf, Ph.D. and against Defendants Ford Motor Company, Bennie Fowler, and Jay Zhou, jointly and severally;

(ii) that a judgment in the amount of $15 million in punitive damages is entered in Plaintiff's favor and against Defendant Ford Motor Company; and

(iii) that Plaintiff is awarded such interest, costs, and attorney fees as allowed by law and authorized by the Court.

**IT IS SO ORDERED.**

Date: July 23, 2018

                                                        s/Marianne O. Battani
                                                        MARIANNE O. BATTANI
                                                        United States District Judge