UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAISAL G. KHALAF,

            Plaintiff,          CASE NO. 15-12604

v.                                  HON. MARIANNE O. BATTANI

FORD MOTOR COMPANY, et al.,

            Defendants.
_____/

## ORDER GRANTING EXPEDITED REQUEST
## FOR STAY PENDING REVIEW OF MOTION

Defendants Ford Motor Company ("Ford"), Bennie Fowler, and Jay Zhou filed a motion for stay of enforcement of the judgment pending appeal without filing an appeal bond or, in the alternative, seek approval of supersedeas bond amount (ECF No. 124). In their motion, Defendants also ask the Court to enter a stay while the motion is being adjudicated.

The Court **GRANTS** the stay pending resolution of the motion on the merits. Plaintiff shall file a response on or before **May 13, 2016**. Defendants may file a reply brief five days after Plaintiff's response.

**IT IS SO ORDERED.**

Date: May 2, 2019                                s/Marianne O. Battani
                                                      MARIANNE O. BATTANI
                                                      United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 2, 2019.

                                                                                s/ Kay Doaks
                                                                                Case Manager