UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAISAL G. KHALAF, Ph.D.,

   Plaintiff,

v.

FORD MOTOR COMPANY,
a Delaware corporation,
BENNIE FOWLER and
JAY ZHOU, jointly and severally,

   Defendants.

Case No: 15-cv-12604
Hon. Matthew F. Leitman

_____/

## JUDGMENT

Pursuant to the opinion and judgment issued by the Sixth Circuit on August 31, 2020 and the mandate issued on October 8, 2020;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered for Defendants and against Plaintiff.

                /s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: February 17, 2021

APPROVED:

KIENBAUM HARDY VIVIANO
 PELTON & FORREST, P.L.C.

BY: */s/William B. Forrest III*
    Elizabeth P. Hardy (P37426)
    William B. Forrest III (P60311)
    Thomas J. Davis (P78626)
Attorneys for Defendants
280 N. Old Woodward Ave., Suite 400
Birmingham, Michigan 48009
(248) 645-0000
ehardy@khvpf.com
wforrest@khvpf.com
tdavis@khvpf.com

APPROVED AS TO FORM ONLY:

STERLING ATTORNEYS AT LAW

By: */s/Carol A. Laughbaum (with permission)*
    Carol A. Laughbaum (P41711)
    Raymond J. Sterling (P34456)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway
Suite 250
Bloomfield Hills, Michigan 48304
(248) 644-1500
claughbaum@sterlingattorneys.com
rsterling@sterlingattorneys.com

403164