UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAISAL G. KHALAF, Ph.D.,

    Plaintiff,

v.

FORD MOTOR COMPANY,
a Delaware corporation,
BENNIE FOWLER and
JAY ZHOU, jointly and severally,

    Defendants.

Case No: 2015-cv-12604

Hon. Matthew F. Leitman

Magistrate Judge David R. Grand

| STERLING ATTORNEYS AT LAW | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| Carol A. Laughbaum (P41711) | Elizabeth P. Hardy (P37426) |
| Raymond J. Sterling (P34456) | William B. Forrest III (P60311) |
| Attorneys for Plaintiff | Thomas J. Davis (P78626) |
| 33 Bloomfield Hills Parkway | Attorneys for Defendants |
| Suite 250 | 280 N. Old Woodward Ave., Suite 400 |
| Bloomfield Hills, Michigan 48304 | Birmingham, Michigan 48009 |
| (248) 644-1500 | (248) 645-0000 |
| claughbaum@sterlingattorneys.com | ehardy@khvpf.com |
| rsterling@sterlingattorneys.com | wforrest@khvpf.com |
| | tdavis@khvpf.com |

**Defendants' Unopposed Motion to Amend Judgment to Reflect Costs
Under 28 U.S.C. § 1920**

Defendants Ford Motor Company ("Ford"), Bennie Fowler, and Jay Zhou, by their undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920 to amend the Judgment entered in this matter on February 17, 2021 to include the $12,398.59 awarded to Defendants in the Clerk's February 24, 2021 Taxed Bill of Costs. Plaintiff did not file a motion to review the taxed bill and the time to do so has now elapsed. Thus, pursuant to 28 U.S.C. § 1920, the allowed costs should be "included in the judgment or decree." On March 9, 2021, undersigned counsel requested concurrence in the relief requested, and on March 10, 2021, Plaintiff's counsel indicated that Plaintiff would not oppose this motion.

WHEREFORE, Defendants request that this Court amend the Judgment to reflect the $12,398.59 award of costs in favor of Defendants.

        Respectfully submitted,

        KIENBAUM HARDY VIVIANO
        PELTON & FORREST, P.L.C.

        By: /s/*Thomas J. Davis*
           Elizabeth P. Hardy (P37426)
           William B. Forrest III (P60311)
           Thomas J. Davis (P78626)
        Attorneys for Defendants
        280 N. Old Woodward Avenue, Suite 400
        Birmingham, MI  48009
        (248) 645-0000
        ehardy@khvpf.com
        wforrest@khvpf.com
Date: March 10, 2021        tdavis@khvpf.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAISAL G. KHALAF, Ph.D.,

    Plaintiff,

v.

FORD MOTOR COMPANY,
a Delaware corporation,
BENNIE FOWLER and
JAY ZHOU, jointly and severally,

    Defendants.

Case No: 2015-cv-12604

Hon. Matthew F. Leitman

Magistrate Judge David R. Grand

| STERLING ATTORNEYS AT LAW | KIENBAUM HARDY VIVIANO |
|---|---|
| Carol A. Laughbaum (P41711) | PELTON & FORREST, P.L.C. |
| Raymond J. Sterling (P34456) | Elizabeth P. Hardy (P37426) |
| Attorneys for Plaintiff | William B. Forrest III (P60311) |
| 33 Bloomfield Hills Parkway | Thomas J. Davis (P78626) |
| Suite 250 | Attorneys for Defendants |
| Bloomfield Hills, Michigan 48304 | 280 N. Old Woodward Ave., Suite 400 |
| (248) 644-1500 | Birmingham, Michigan 48009 |
| claughbaum@sterlingattorneys.com | (248) 645-0000 |
| rsterling@sterlingattorneys.com | ehardy@khvpf.com |
| | wforrest@khvpf.com |
| | tdavis@khvpf.com |

**Defendants' Brief in Support of Unopposed Motion to Amend Judgment to Reflect Costs Under 28 U.S.C. § 1920**

-i-

## Issue Presented

The statute governing taxation of costs, 28 U.S.C. § 1920, states that "[a] bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree." Here, the Clerk allowed costs of $12,398.59 in favor of Defendants. Plaintiff did not file a motion to review that award within the time permitted, and does not oppose this motion. Should this Court amend the judgment to include the awarded costs?

-ii-

## Controlling or Most Appropriate Authorities

*Menovcik v. BASF Corp.*, 2012 WL 3853011 (E.D. Mich. Sept. 5, 2012)

28 U.S.C. § 1920

Federal Rule of Civil Procedure 54(d)(1)

Case 2:15-cv-12604-MFL-DRG   ECF No. 166, PageID.7483   Filed 03/10/21   Page 6 of 8

## Background

On February 17, 2021, this Court entered Judgment in favor of Defendants. ECF No. 161. On February 24, 2021, Defendants filed a bill of costs. ECF No. 162. Later that day, the Clerk taxed costs in Defendants' favor in the amount of $12,398.59. ECF No. 163. Plaintiff did not file a motion to review the clerk's taxation of costs within the seven days permitted by Federal Rule of Civil Procedure 54(d)(1).

## Argument

Rule 54(d)(1) provides that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." Allowable costs are set forth in 28 U.S.C. § 1920, which specifically provides that a "bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

Here, Defendants have filed a bill of costs; the Clerk taxed $12,398.59 of the requested costs, and no timely challenge to the Clerk's action has been filed. That award has thus been allowed, and this Court should amend the judgment to include the $12,398.59 of costs awarded to Defendants, as called for in § 1920. The case of *Menovcik v. BASF Corp.*, No. 09-12096, 2012 WL 3853011 (E.D. Mich. Sept. 5, 2012) is directly on point in support of this request. There, the court held that the "right to a judgment that reflects costs is clearly established by 28 U.S.C. § 1920,

which provides that an allowed bill of costs should be 'included in the judgment or decree.'" *Id.* at *2 (quoting *Whitesell Corp. v. Whirlpool Corp.*, No. 1:05-CV-679, 2010 WL 11537526, at *2 (W.D. Mich. June 11, 2010)). Because Defendants have received an award of costs, "an amended judgment reflecting the costs specifically allowed by the Court should be entered." *Menovcik*, 2012 WL 3853011 at *2.

## Conclusion

This Court should amend the judgment to include the costs award of $12,398.59 in favor of Defendants.

Respectfully submitted,

KIENBAUM HARDY VIVIANO
 PELTON & FORREST, P.L.C.

By: /s/*Thomas J. Davis*
    Elizabeth P. Hardy (P37426)
    William B. Forrest III (P60311)
    Thomas J. Davis (P78626)
Attorneys for Defendants
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI  48009
(248) 645-0000
ehardy@khvpf.com
wforrest@khvpf.com
tdavis@khvpf.com

Date: March 10, 2021

## Certificate of Service

    I hereby certify that on March 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

        /s/*Thomas J. Davis*
        Thomas J. Davis (P78626)
        Kienbaum Hardy Viviano
        Pelton & Forrest, P.L.C.
        280 N. Old Woodward Avenue, Suite 400
        Birmingham, MI  48009
        (248) 645-0000
        tdavis@khvpf.com

406243