UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAISAL G. KHALAF, Ph.D.,

    Plaintiff,

v.

    Case No: 15-cv-12604
    Hon. Matthew F. Leitman

FORD MOTOR COMPANY, et al.,

    Defendants.

_____/

## AMENDED JUDGMENT

On Defendants' unopposed motion under Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920 to amend the judgment to include taxed costs, the judgment entered on February 17, 2021 is amended to read as follows:

Pursuant to the opinion and judgment issued by the Sixth Circuit on August 31, 2020, the mandate issued on October 8, 2020, and the Clerk's February 24, 2021 taxation of costs in favor of Defendants and against Plaintiff in the amount of $12,398.59;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered for Defendants and against Plaintiff, and that Defendants are entitled to recover a total of $12,398.59 from Plaintiff.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 15, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 15, 2021, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (810) 341-9764

| APPROVED: | APPROVED AS TO FORM ONLY: |
|---|---|
| KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. | STERLING ATTORNEYS AT LAW |
| BY: /s/*Thomas J. Davis* <br>    Elizabeth P. Hardy (P37426) <br>    William B. Forrest III (P60311) <br>    Thomas J. Davis (P78626) <br>Attorneys for Defendants <br>280 N. Old Woodward Ave., Ste. 400 <br>Birmingham, MI 48009 <br>(248) 645-0000 <br>ehardy@khvpf.com <br>wforrest@khvpf.com <br>tdavis@khvpf.com | By: /s/*Carol A. Laughbaum with permission* <br>    Carol A. Laughbaum (P41711) <br>    Raymond J. Sterling (P34456) <br>Attorneys for Plaintiff <br>33 Bloomfield Hills Pkwy., Ste. 250 <br>Bloomfield Hills, MI 48304 <br>(248) 644-1500 <br>claughbaum@sterlingattorneys.com <br>rsterling@sterlingattorneys.com |

406370