# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 29, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Mar 30, 2021
DEBORAH S. HUNT, Clerk

Re:  Faysal Khalaf
v. Ford Motor Company, et al.
No. 20-1216
(Your No. 19-1435, 19-1468)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk